No. 94. UNITED STATES *v.* N. Y. RAYON IMPORTING CO., INC. (#2) ET AL.; and
No. 96. N. Y. RAYON IMPORTING CO., INC. (#2) ET AL. *v.* UNITED STATES. October 14, 1946. The petitions for

writs of certiorari to the Court of Claims are granted. *Solicitor General McGrath* for the United States in No. 94. With him on the brief in No. 96 were *Assistant Attorney General Sonnett* and *Paul A. Sweeney. Wilbur H. Friedman* for respondents in No. 94 and petitioners in No. 96. Reported below: 105 Ct. Cl. 606, 64 F. Supp. 684.